# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:22-cv-00057-MR

| | |
|---|---|
| ANTWAIN LAMAR DENNIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| LESTER TORRES, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the U.S. Marshal's return of unexecuted Summons for Defendant Luis Velasco. [Doc. 23].

On August 26, 2022, the North Carolina Department of Public Safety (NCDPS) filed a document under seal indicating it was unable to procure a waiver of service for Defendant Luis Velasco for the reasons stated in that document. [Doc. 20]. The sealed document provided the last known address for Defendant Velasco. [See id.]. The Court, therefore, ordered the U.S. Marshal to use reasonable efforts to locate and obtain service on this Defendant in accordance with Rule 4. [Doc. 21]. The Court directed the Clerk of Court to provide a copy of Docket No. 20 to the U.S. Marshal for its eyes only for the sole purpose of serving Defendant Velasco. [Id. at 3].

Recently, the U.S. Marshal returned the Summons for Defendant Velasco unexecuted, explaining, "[c]ould not locate address. Also checked in LEO database and could not locate." [Doc. 23 at 1]. The Court, therefore, will order defense counsel to consult with the NCDPS and confirm the correct last known address for Defendant Velasco.[1] The Court will order defense counsel to submit a status update and amended sealed document with Defendant Velasco's last known address and/or any additional information necessary or helpful to the U.S. Marshal to effect service, if appropriate, with ten (10) days of this Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that counsel for Defendant Velasco shall consult with the North Carolina Department of Public Safety regarding Defendant Velasco's last known address and file a status update and amended sealed document with Defendant Velasco's last known address and/or any additional information necessary or helpful to the U.S. Marshal to effect service, if appropriate, with the Court within ten (10) of this Order in accordance with the terms of this Order.

---

[1] The Court notes that a GoogleMaps search showed that the address listed in Docket No. 20, without the apartment number, is an actual address.

**IT IS SO ORDERED.**

Signed: September 29, 2022

Martin Reidinger
Chief United States District Judge