# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:22-cv-00057-MR

| | |
|---|---|
| ANTWAIN LAMAR DENNIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| LESTER TORRES, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on its own motion.

On August 26, 2022, the North Carolina Department of Public Safety (NCDPS) filed a document under seal indicating it was unable to procure a waiver of service for Defendant Luis Velasco for the reasons stated in that document. [Doc. 20]. The sealed document provided the last known address for Defendant Velasco. [See id.]. The Court, therefore, ordered the U.S. Marshal to use reasonable efforts to locate and obtain service on Defendant Velasco using the information in the sealed document. [Doc. 21]. On September 13, the Summons for Defendant Velasco was returned unexecuted. [Doc. 23]. It noted that the U.S. Marshal "could not locate address" and the "address not an actual address." [Id.]. The Court, therefore, ordered defense counsel to consult with the North Carolina

Department of Public Safety (NCDPS) to confirm Defendant Velasco's last known address and/or any other additional information helpful to service on this Defendant. [Doc. 24].

The North Carolina Department of Justice (NCDOJ) responded to the Court's Order under seal, confirming the previously provided last known address for Defendant Velasco and providing other information that may be useful to serving this Defendant. [Doc. 28]. The Court will order the U.S. Marshal to again attempt service on Defendant Velasco with this additional information. To that end, the Court will direct the Clerk of Court to provide a copy of Docket Nos. 20 and 28 to the U.S. Marshal for its eyes only for the sole purpose of serving Defendant Velasco.

## ORDER

**IT IS, THEREFORE, ORDERED** that the Clerk of Court will send a copy of this Order and Docket Nos. 20 and 28 to the U.S. Marshals Service. The U.S. Marshal shall use reasonable efforts to locate and obtain service on Defendant Velasco in accordance with Rule 4 and thoroughly document such efforts if service is unsuccessful.

**IT IS SO ORDERED.**

Signed: October 27, 2022

Martin Reidinger
Chief United States District Judge